UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| SHEILA A. TAYLOR | ) | Case No. 15-32441 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF SHEILA A. TAYLOR**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $1,727.50 for 4.7 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from December 3, 2015, to the present.  In support of this Final Application, Trustee states as follows:

**I.   COMMENCEMENT OF PROCEEDING**

1. On September 23, 2015 (the "**Petition Date**"), Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was scheduled for November 10, 2015 and continued to December 2, 2015..

3. On December 3, 2015, Trustee filed his Initial Report of Assets.

4. On January 5, 2016, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to December 3, 2015.

5. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

6. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on December 3, 2015. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

7. Q&B drafted and presented the motion to retain Q&B as Trustee's counsel and prepared this motion for fees. In connection with the foregoing, Q&B expended 3.4 hours (including 1 hour of estimated time to prepare and finalize the two fee applications and attend court regarding same) for which it requests compensation of $1,226.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Thanhan Nguyen | 1.9 |
| Colleen A. Greer | .5 |

### B. ASSETS

8. Debtor's assets included moneys in several bank accounts, totaling $10,710.45, and an undivided 25% interest in real estate, which she shared with her siblings ("Real Property"), totaling $4,740.00.

2

9. To save the bankruptcy estate the cost of proceeding to liquidate the Real Property (hiring local real estate agent, paying the real estate commission, and other miscellaneous closing fees), Trustee entered into settlement with Debtor in the amount of $15,810.45 ("Settlement").

10. In connection with the foregoing, Q&B expended 1.3 hours for which it requests compensation of $501.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .4 |
| Travis J. Eliason | .2 |
| Thanhan Nguyen | .7 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

11. Since December 3, 2015, Q&B has devoted 4.7 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,727.50.

12. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

13. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $1,727.50 for actual, necessary and valuable professional services rendered; and

B. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
    Trustee
Philip V. Martino
Thanhan Nguyen
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

4

QB\38906882.1

**Quarles & Brady LLP**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

*Attorneys at Law in:*
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2136399
Invoice Date: March 09, 2016

Privileged & Confidential

Sheila A. Taylor
Philip V. Martino, Trustee
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through March 08, 2016
Re: Professional Retention
Q & B Matter Number: 159159.00003

|  |  |  |
|---|---|---|
| Current Fees: | $ | 596.00 |
| Current Total Due: | $ | 596.00 |
| **TOTAL AMOUNT DUE:** | **$** | **596.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Taylor, Sheila A., Philip V. Martino Trustee Chapter 7 Bankruptcy  March 09, 2016
RE: Professional Retention  Invoice Number: 2136399
Q & B Matter Number: 159159.00003  Page 2

| *Date* | *Description* | *Hours* |
|---|---|---|
| 12/08/15 | Draft Motion to Employ Counsel. | 0.70 |
| 01/05/16 | Attend hearing on Motions for Order Approving Settlement and Motion to Employ Counsel. | 1.20 |
| 03/08/16 | Prepare draft final fee application for Quarles & Brady (.4); prepare draft final fee application for Trustee (.1). | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| TNGUYEN1 | Thanhan Nguyen | 1.90 | 265.00 | 503.50 |
| CGREER | Colleen A. Greer | 0.50 | 185.00 | 92.50 |
| Total | | 2.40 | | 596.00 |

Total Fees: $ 596.00

**Quarles & Brady LLP**

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2136398
Invoice Date:     March 09, 2016

Privileged & Confidential

Sheila A. Taylor
Philip V. Martino, Trustee
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through March 08, 2016
Re: Assets
Q & B Matter Number: 159159.00005

|                      |                |
|----------------------|---------------:|
| Current Fees:        | $     501.50   |
| Current Total Due:   | $     501.50   |
| **TOTAL AMOUNT DUE:** | **$     501.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Taylor, Sheila A., Philip V. Martino Trustee Chapter 7 Bankruptcy  
RE: Assets  
Q & B Matter Number: 159159.00005

March 09, 2016  
Invoice Number: 2136398  
Page 2

| *Date* | *Description* | *Hours* |
|---|---|---|
| 12/08/15 | [Taylor asset] review and revise settlement motion for all assets (.3); Conference with Nguyen regarding same, order regarding his appearance (.1). | 0.40 |
| 12/08/15 | Review Motion to Approve Settlement and proposed Order for Motion for Sheila Taylor. | 0.20 |
| 12/08/15 | Draft Motion to Approve Settlement. | 0.70 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.40 | 630.00 | 252.00 |
| TELIASON | Travis J. Eliason | 0.20 | 320.00 | 64.00 |
| TNGUYEN1 | Thanhan Nguyen | 0.70 | 265.00 | 185.50 |
| Total | | 1.30 | | 501.50 |

Total Fees:                                        $        501.50

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Travis J. Eliason** is an associate at Quarles & Brady. He graduated from Wheaton College in 2004 with a B.A. and received his JD (*magna cum laude*) from University of Illinois College of Law in 2009. Mr. Eliason is a member of the Illinois bar. His hourly billing rate is $320.00.

**Thanhan (An) Nguyen** is an associate at Quarles & Brady in the Restructuring, Bankruptcy & Creditors' Rights group. H received his B.S. (*magna cum laude*) from University of Texas at Dallas in 2011 and his J.D. (*magna cum laude*) from University of Illinois College of Law in 2015. Mr. Nguyen is admitted to the Illinois bar. His hourly billing rate is $265.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 26 years. Her hourly billing rate is $175.00.

EXHIBIT B

QB\38906882.1

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\38906882.1                                             EXHIBIT C

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

QB\38906882.1