TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TAYLOR, SHEILA A | § | Case No. 15-32441 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00  *(Without deducting any secured claims)* | Assets Exempt: 67,601.91 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 354,288.00 |
| Total Expenses of Administration: 2,345.96 | |

3) Total gross receipts of $ 15,810.45  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,464.49  (see **Exhibit 2**), yielded net receipts of $ 2,345.96  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,345.96 | 2,345.96 | 2,345.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 354,288.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 354,288.00 | $ 2,345.96 | $ 2,345.96 | $ 2,345.96 |

4) This case was originally filed under chapter 7 on 09/23/2015 . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2016            By:/s/PHILIP V. MARTINO
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% OWNERSHIP INTEREST IN VACANT REAL ESTATE (PARC | 1129-000 | 2,697.00 |
| 25% OWNERSHIP INTEREST IN VACANT REAL ESTATE (PARC | 1129-000 | 2,403.00 |
| CHECKING ACCOUNT AT CREDIT UNION 1 LOCATED AT 4444 | 1129-000 | 5,255.00 |
| SAVINGS ACCOUNT AT UNITED CREDIT UNION | 1129-000 | 4,218.00 |
| SAVINGS ACCOUNT AT USAA (LAST 4 DIGITS OF ACCOUNT | 1129-000 | 402.00 |
| CERTIFICATE OF DEPOSIT AT USAA (0682) | 1129-000 | 500.45 |
| Credit Union Savings Account xxx9750 | 1129-000 | 335.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,810.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SHEILA A TAYLOR | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 13,464.49 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 13,464.49 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 586.49 | 586.49 | 586.49 |
| ASSOCIATED BANK | 2600-000 | NA | 31.97 | 31.97 | 31.97 |
| QUARLES & BRADY LLP | 3110-000 | NA | 1,727.50 | 1,727.50 | 1,727.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,345.96 | $ 2,345.96 | $ 2,345.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Codilis & Associates, P.C. 15W030 N. Frontage Rd., Ste. 100 Willowbrook, IL 60527 | | 190,400.00 | NA | NA | 0.00 |
| | Fedloan Pob 60610 Harrisburg, PA 17106 | | 118,843.00 | NA | NA | 0.00 |
| | Fedloan Pob 60610 Harrisburg, PA 17106 | | 22,475.00 | NA | NA | 0.00 |
| | Green Tree Po Box 6172 Rapid City, SD 57709 | | 22,570.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 354,288.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-32441 TAB Judge: TIMOTHY A. BARNES | Trustee Name: PHILIP V. MARTINO |
| Case Name: | TAYLOR, SHEILA A | Date Filed (f) or Converted (c): 09/23/15 (f) |
| | | 341(a) Meeting Date: 11/10/15 |
| For Period Ending: | 05/13/16 | Claims Bar Date: 03/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25% OWNERSHIP INTEREST IN VACANT REAL ESTATE (PARC | 2,697.50 | 2,697.00 | | 2,697.00 | FA |
| 2. 25% OWNERSHIP INTEREST IN VACANT REAL ESTATE (PARC | 2,042.50 | 2,403.00 | | 2,403.00 | FA |
| 3. CASH ON HAND IN DEBTOR'S POSSESSION | 400.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CREDIT UNION 1 LOCATED AT 4444 | 5,255.04 | 5,255.00 | | 5,255.00 | FA |
| 5. SAVINGS ACCOUNT AT UNITED CREDIT UNION | 4,217.78 | 4,218.00 | | 4,218.00 | FA |
| 6. SAVINGS ACCOUNT AT USAA (LAST 4 DIGITS OF ACCOUNT | 402.39 | 402.00 | | 402.00 | FA |
| 7. CERTIFICATE OF DEPOSIT AT USAA (0682) | 500.45 | 500.45 | | 500.45 | FA |
| 8. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. CHICAGO PUBLIC SCHOOLS PENSION PLAN. | Unknown | 0.00 | | 0.00 | FA |
| 11. 403B PENSION PLAN | 59,000.00 | 0.00 | | 0.00 | FA |
| 12. CHICAGO BOARD OF EDUCATION PENSION PLAN | Unknown | 0.00 | | 0.00 | FA |
| 13. ROTH IRA HELD AT CREDIT UNION 1 | 201.91 | 0.00 | | 0.00 | FA |
| 14. 2007 TOYOTA HIGHLANDER AUTOMOBILE. | 6,000.00 | 0.00 | | 0.00 | FA |
| 15. Credit Union Savings Account xxx9750 (u) | 0.00 | 335.00 | | 335.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $82,717.57      $15,810.45      $15,810.45      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ready for TDR with zero balance bank statement.

LFORM1      Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 15-32441  TAB  Judge: TIMOTHY A. BARNES | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | TAYLOR, SHEILA A | Date Filed (f) or Converted (c): | 09/23/15 (f) |
| | | 341(a) Meeting Date: | 11/10/15 |
| | | Claims Bar Date: | 03/07/16 |

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/    PHILIP V. MARTINO
_____    Date: 05/13/16
    PHILIP V. MARTINO

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-32441 -TAB | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | TAYLOR, SHEILA A | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0059 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2051 |  |  |
| For Period Ending: | 05/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C 01/21/16 | * NOTE * | Sheila A. Taylor<br>Cashier's Check | * NOTE *   Properties 1, 2, 4, 5, 6, 7, 15 | 1129-000 | 15,810.45 |  | 15,810.45 |
| C 02/05/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 15,800.45 |
| C 03/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.97 | 15,778.48 |
| C 04/20/16 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 |  | 586.49 | 15,191.99 |
| C 04/20/16 | 005002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,727.50 | 13,464.49 |
| C 04/20/16 | 005003 | SHEILA A TAYLOR<br>CHICAGO, IL  60636 | Surplus Funds | 8200-002 |  | 13,464.49 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
|  | COLUMN TOTALS | 15,810.45 | 15,810.45 | 0.00 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
| * **Reversed** | Subtotal | 15,810.45 | 15,810.45 |  |
| t **Funds Transfer** | Less:  Payments to Debtors |  | 13,464.49 |  |
| C **Bank Cleared** | Net | 15,810.45 | 2,345.96 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********0059 | 15,810.45 | 2,345.96 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 15,810.45 | 2,345.96 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   15,810.45   15,810.45

Ver: 19.06a